JAMES McMANIS (40958)
ABIMAEL BASTIDA (303355)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email:  jmcmanis@mcmanislaw.com
           abastida@mcmanislaw.com

Attorneys for Plaintiff
DANIEL CHUNG

JAMES R. WILLIAMS, County Counsel (271253)
CLAIRE T. CORMIER, Deputy County Counsel (154364)
XAVIER M. BRANDWAJN, Deputy County Counsel (246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, CA  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240
claire.cormier@cco.sccgov.org
xavier.brandwajn@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA and
JEFFREY F. ROSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL CHUNG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SANTA CLARA, a public entity; JEFFREY F. ROSEN, individually; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.:  21-cv-07583 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

///

1    Plaintiff DANIEL CHUNG ("Plaintiff") and defendants COUNTY OF SANTA
2  CLARA and JEFFREY F. ROSEN (collectively "Defendants"), by and through their respective
3  counsel of record, hereby stipulate as follows:
4    WHEREAS, on November 30, 2021, the Court entered an order modifying the briefing
5  deadlines related to Defendants' Motion to Dismiss, whereby currently any opposition is due by
6  January 10, 2022, and any reply is due by January 24, 2022 (Dkt. 22).
7    WHEREAS, the office of Plaintiff's counsel is severely impacted by COVID, including
8  significant staff shortages, and thus is unable to effectively participate in this litigation.
9    NOW THEREFORE, through their counsel of record, the parties hereby stipulate and
10 respectfully request that the Court modify the briefing deadlines on Defendants' Motion to
11 Dismiss as follows:

- Any response to the Motion to Dismiss shall be due by **January 24, 2022;**
- Any reply shall be due by **February 7, 2022**; and
- The hearing on Defendants' Motion to Dismiss shall ~~remain scheduled for February 17, 2022, at 1:30 p.m.~~, ~~or as the Court may order~~ **be set for February 23, 2022 at 2:00 p.m.**

**IT IS SO STIPULATED.**

DATED: January 6, 2022              McMANIS FAULKNER

                                    /s/ *Abimael Bastida*
                                    JAMES McMANIS
                                    ABIMAEL BASTIDA

                                    Attorneys for Plaintiff
                                    DANIEL CHUNG

///
///
///
///
///

Dated: January 6, 2022              JAMES R. WILLIAMS, County Counsel

                                    /s/ *Xavier Brandwajn*
                                    CLAIRE CORMIER
                                    XAVIER BRANDWAJN

                                    Attorneys for Defendants COUNTY OF SANTA
                                    CLARA and JEFFREY F. ROSEN

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2022              /s/ *Abimael Bastida*
                                    ABIMAEL BASTIDA

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER;
Case No. 21-cv-07583-WHO

# [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: January 6, 2022

_____
United States District Court Judge