JAMES R. WILLIAMS, County Counsel (S.B. #271253)
CLAIRE T. CORMIER, Deputy County Counsel (S.B. #154364)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Claire.Cormier@cco.sccgov.org
Xavier.Brandwajn@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA and
JEFFREY F. ROSEN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| DANIEL CHUNG, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a public entity; JEFFREY F. ROSEN, individually, and DOES 1-50, inclusive,<br><br>              Defendants. | No. 21-CV-07583 WHO<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: September 28, 2021 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Superior Court Judge Anne-Marie Sax Rosen – spouse of District Attorney Jeffrey F. Rosen.

Dated: March 16, 2022

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By: /s/ *Claire T. Cormier*
CLAIRE T. CORMIER
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA and
JEFFREY F. ROSEN

2592141