UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHUNG, | Case No. 21-cv-07583-AMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFREY F. ROSEN, | |
| Defendant. | |

On July 20, 2023, the Court granted Defendant's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**