UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY F ROSEN,<br><br>　　　　　Defendant. | Case No.21-cv-07583-AMO<br><br>**JUDGMENT** |

On September 17, 2025, the Court granted Defendant Jeffrey F. Rosen's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**